UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Tyreese M. McKay, | Case No. 23-cv-00997 (PJS/DJF) |
| Plaintiff, | |
| vs. | JOINT MOTION REGARDING CONTINUED SEALING |
| Hennepin County; Sheriff's Deputy Jason Wong, Sheriff's Deputy Daniel Koski, and Sheriff's Deputy Reed Hendrickson, in their individual and official capacities, | |
| Defendants. | |

---

The following have been filed under temporary seal in relation to Defendants' Motion to Dismiss (Doc. 9):

- Exhibit 1 to Declaration of Sarah McLaren (Doc. 12-1);

- Exhibit 2 to Declaration of Sarah McLaren (Doc. 12-2);

- Exhibit 3 to Declaration of Sarah McLaren (Doc. 12-3);

- Exhibit 4 to Declaration of Sarah McLaren (Doc. 12-4); and

- Exhibit 5 to Declaration of Sarah McLaren (Doc. 12-5).

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

Dated: August 14, 2023       By:      s/ *Paul J. Bosman*
                                      Paul J. Bosman (#0388865)
                                      2136 Ford Parkway, #5328
                                      Saint Paul, MN 55116
                                      Telephone: (651) 485-7046
                                      Paul.Bosman@gmail.com

                                      *Attorney for Plaintiff*


                                      MARY F. MORIARTY
                                      Hennepin County Attorney

Dated: August 14, 2023       By:      s/ *Sarah McLaren*
                                      SARAH McLAREN (#0345878)
                                      Assistant County Attorney
                                      2000A Government Center, MC200
                                      300 South Sixth Street
                                      Minneapolis, MN 55487
                                      Telephone: (612) 348-5532
                                      Sarah.McLaren@hennepin.us

                                      *Attorneys for Defendants*

| DKT. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | Nonparty that designated confidential (if any) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 12-1 | Exhibit 1 to Declaration of Sarah McLaren (Body-Worn Camera Footage of Jason Wong) | X | | | | **Defendant's Position**: The document should remain sealed. This video file contains footage that is non-public under Minnesota Statutes Section 13.825. The entire exhibit is confidential or redaction is impracticable. |
| 12-2 | Exhibit 2 to Declaration of Sarah McLaren (Body-Worn Camera Footage of Thomas Eckhoff) | X | | | | **Defendant's Position**: The document should remain sealed. This video file contains footage that is non-public under Minnesota Statutes Section 13.825. The entire exhibit is confidential or redaction is impracticable. |
| 12-3 | Exhibit 3 to Declaration of Sarah McLaren (Body- | X | | | | **Defendant's Position**: The document should remain sealed. This video file |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Worn Camera Footage of Joshua Wood) | | | | | | contains footage that is non-public under Minnesota Statutes Section 13.825. The entire exhibit is confidential or redaction is impracticable. |
| 12-4 | Exhibit 4 to Declaration of Sarah McLaren (Body-Worn Camera Footage of Reed Hendrickson) | X | | | | | **Defendant's Position**: The document should remain sealed. This video file contains footage that is non-public under Minnesota Statutes Section 13.825. The entire exhibit is confidential or redaction is impracticable. |
| 12-5 | Exhibit 5 to Declaration of Sarah McLaren (Body-Worn Camera Footage of Daniel Koski) | X | | | | | **Defendant's Position**: The document should remain sealed. This video file contains footage that is non-public under Minnesota Statutes Section 13.825. The entire exhibit is confidential or redaction is impracticable. |